■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED SARRAZIN, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Kelly, J.), imposed September 12, 1988.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816).

We have considered the defendant's contention that the sentence imposed constitutes cruel and unusual punishment

and find it to be without merit. Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.